

**OFFICE OF THE COUNTY ATTORNEY**
11 New Hempstead Road
New City, New York 10956
Phone: (845) 638-5180    Fax: (845) 638-5676

**Thomas E. Humbach**
*County Attorney*

December 22, 2021

**VIA ECF**
Hon. Nelson S. Román, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

**RE:**   *Anzelmo v. County of Rockland (In re Anzelmo)*, **Docket No. 21-cv-2017 (NSR)**
Letter Motion to Extend Time To File Brief in Response

Dear Judge Román:

This office represents appellee County of Rockland (the "County") in connection with the above referenced bankruptcy appeal. Pursuant to my assistant, Mindy Elkins's telephone call of today with your Clerk, Mariah Rivera, we submit this letter to request an extension of time to respond to Appellant's 8009(a) filing deemed to be a brief filed on December 9, 2021 (ECF Doc. No. 9). Appellee's request that their time to file a response to Appellant's brief be adjourned to January 28, 2021.

Respectfully submitted,

*/s/William J. Hartnagel*
William J. Hartnagel
Principal Assistant County Attorney
Direct Dial: (845) 638-5108
Email: hartnagewi@co.rockland.ny.us

cc:   John Anzelmo, *pro se Appellant*, via
    (1) First Class Mail to 27 Hillside Avenue, Suffern, NY 10901, the address provided in the Notice of Appeal; and
    (2) Email to Derek Tarson, Esq., Appellant's counsel in the bankruptcy proceedings on appeal, at dtarson@legalaidrockland.org.